UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-011-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| AUSHAWNTE CHARMAINE SPENCER, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on January 13, 2012. The United States was represented by AUSA Justin Arnold and the defendant by Peter Avenia. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 6, 2009 by the Honorable Lawrence J. O'Neill of the Eastern District of California, Case No. CR06-323, on a charge of Conspiracy to Commit Interstate Travel in Aid of Racketeering, and sentenced to 48 months custody, 36 months supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, provide her probation officer with access to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

financial information upon request, participate in drug treatment and testing, be prohibited from having access to a cell phone or pager without permission of her probation officer, abstain from alcohol, participate in a mental health program, and make payment toward the costs of treatment as directed. (Dkt. 3 at 4.)

The case was transferred to this District on January 22, 2010 (Dkt. 1.)

In an application dated March 15. 2011 (Dkt. 4, 5), U.S. Probation Officer Carol A. Chavez alleged the following violations of the conditions of supervised release:

1. Failing to participate in urinalysis drug testing on October 20, November 17 and 29, 2010, January 25, 26, and 27, February 3 and 15, March 2, 3, 9, and 10, 2011; in violation of the special condition that she participate in a program of drug testing.

2. Using cocaine on or before November 30, 2010, in violation of the condition that she refrain from any unlawful use of controlled substances.

3. Using alcohol on or before November 2, 10, and 30, 2010, in violation of the special condition that she abstain from the use of alcoholic beverages.

4. Failing to report to All About Choices drug treatment program as directed in December 2010, in violation of the special condition that she participate in a correctional treatment program as directed by the U.S. Probation Office.

5. Failing to report as directed to the Moral Reconation Therapy (MRT) program on December 22, 2010, and thereafter, in violation of the special condition that she participate in a program of mental health treatment.

6. Failing to submit a written report to the U.S. Probation Office within the first five days of January and February 2011, in violation of standard condition No. 2.

7. Failing to obtain or maintain employment since her release from custody in September 2010, in violation of standard condition No. 5.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 10.)

I therefore recommend the Court find defendant violated her supervised release as alleged in violations, 1-7 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Jones.

Pending a final determination by the Court, defendant has been released on supervision.

DATED this 13th day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:      Honorable Richard A. Jones
    AUSA:                Justin Arnold
    Defendant's attorney: Peter Avenia
    Probation officer:    Carol Chavez